

FILED BY _____ D.C.
JUL 08 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**Abdelkader Bensouna,**
Plaintiff, Pro Se

v.

**E11EVEN MIAMI, INC.,**
Defendant,
**Represented by: Lawrence W. Byrne, Pedersen & Houpt,**

---

**Case No.:**

---

**COMPLAINT FOR ASSAULT, FALSE IMPRISONMENT, VIOLATION OF CIVIL RIGHTS, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND NEGLIGENCE**

**I. INTRODUCTION**

1. This action seeks compensatory and punitive damages for assault, false imprisonment, violation of civil rights under 42 U.S.C. § 1983, intentional infliction of emotional distress, and negligence perpetrated by the Defendant, resulting in substantial physical injuries, emotional trauma, and damage to the Plaintiff's professional reputation.

**II. JURISDICTION AND VENUE**

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 as this case involves federal questions under 42 U.S.C. § 1983 and substantial civil rights violations.

3. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims occurred within this judicial district.

**III. PARTIES**

4. Plaintiff, Abdelkader Bensouna, is a resident of Miami, Florida, and a human rights specialist accredited with the United Nations, holding special consultative status with ECOSOC as a human rights specialist and anti-terrorism expert.

5. Defendant, E11EVEN MIAMI, INC., is a corporation organized under the laws of Florida with its principal place of business in Miami, Florida.

**IV. FACTUAL ALLEGATIONS**
6. On November 13, 2023, Plaintiff visited E11EVEN Miami for leisure. During his visit, Plaintiff was assaulted by Adel Bourkia, a patron of the club and owner of the nightclub Vendôme on Miami Beach. This assault resulted in severe injuries to Plaintiff's eye, necessitating hospitalization and ongoing medical care.

7. E11EVEN Miami's security failed to intervene appropriately to prevent the assault and subsequently colluded to alter the narrative of the incident. Despite the availability of video evidence, E11EVEN Miami refused to provide the footage, thereby obstructing justice and attempting to conceal the true events.

8. The Plaintiff, as a human rights specialist, has been the subject of targeted actions by E11EVEN Miami due to his professional status. This includes false accusations and arbitrary arrest by officers allegedly influenced by financial contributions from E11EVEN Miami to local law enforcement associations, thereby implying potential corruption.

9. E11EVEN Miami exploits undocumented workers, particularly in roles such as striptease performers, who lack authorization to work in the United States. The club takes advantage of these individuals' vulnerable status, engaging in practices that constitute modern slavery. It is surprising that no investigation has been conducted, despite widespread knowledge that these workers are undocumented, highlighting the influence of E11EVEN Miami's financial power.

10. Plaintiff's arrest and detention were orchestrated by E11EVEN Miami to silence him and damage his professional reputation. The arrest was carried out without probable cause and constituted false imprisonment and a violation of his civil rights under 42 U.S.C. § 1983.

11. As a result of the assault and subsequent actions by E11EVEN Miami, Plaintiff has suffered significant emotional distress, physical pain, and professional harm. The incident has had a profound impact on his career and personal life.

**V. CLAIMS FOR RELIEF**

**First Cause of Action: Assault**
12. E11EVEN Miami, by supporting and colluding with Adel Bourkia during the assault, intentionally caused harmful and offensive physical contact with Plaintiff, resulting in severe injuries.

**Second Cause of Action: False Imprisonment**
13. Plaintiff was unlawfully detained by security personnel and local law enforcement acting under the influence of E11EVEN Miami, violating his rights and causing harm.

**Third Cause of Action: Violation of Civil Rights (42 U.S.C. § 1983)**
14. Defendant, acting under color of state law, deprived Plaintiff of his rights secured by the Constitution and laws of the United States, including the right to be free from unreasonable seizures and false imprisonment.

**Fourth Cause of Action: Intentional Infliction of Emotional Distress**
15. Defendant's actions were extreme and outrageous, intentionally causing severe emotional distress to Plaintiff.

**Fifth Cause of Action: Negligence**
16. E11EVEN Miami had a duty to ensure the safety of its patrons. By failing to provide adequate security and by allowing the assault to occur, the club breached this duty, resulting in harm to Plaintiff.

**VI. PRAYER FOR RELIEF**

Plaintiff requests the Court to:
a. Award compensatory damages in the sum of $5,000,000 for physical injuries, emotional distress, and professional harm.
b. Award punitive damages to deter such conduct in the future.
c. Issue an injunction requiring E11EVEN Miami to provide the video evidence of the incident.
d. Award costs of litigation and attorney's fees.
e. Provide any other relief deemed just and proper.

**VII. JURY DEMAND**

Plaintiff hereby demands a trial by jury on all triable issues.

---

**Respectfully submitted,**

Abdelkader Bensouna
1717 N. Bayshore Dr. (Apt 2655)
Miami, FL 33132
abensouna@yahoo.com
Pro Se
July 5, 2024

---

**VIII. CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2024, a true and correct copy of the foregoing Complaint was served on the Defendants at their business address via email to:

Lawrence W. Byrne
Pedersen & Houpt
312-261-2155
lbyrne@pedersenhoupt.com

*[Signature: Abdelkader Bensouna  07/08/2024]*